IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 03-20104M1v |
| OMAR ABDI JAMAL, | ) ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

Before the court is the motion of the defendant Omar Jamal to proceed *in forma pauperis* under 28 U.S.C. §1915(a) for all purposes associated with the appeal of his conviction in this criminal case.

It appears to the court from the financial affidavit of the defendant that he lacks sufficient financial resources to pay for the costs of the appeal or give security therefor, or for the cost of printing the record on appeal, or for counsel.

Accordingly, defendant's motion to proceed *in forma pauperis* on appeal is granted. The Clerk of the Court is directed to file the appeal without prepayment of the filing fee or giving security therefor. The United States is directed to bear the expense of printing the record on appeal.

IT IS SO ORDERED this 26th day of October, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 154 in case 2:03-CR-20104 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

C. Peter Erlinder
WM MITCHELL COLLEGE OF LAW
875 Summit Ave.
St. Paul, MN 55105

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT